1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   SHEILA K. OBERTO
3  Assistant U.S. Attorneys
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

FILED

OCT 0 4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN RE THE MATTER OF THE        )   S.W. NO.  1: 07 SW 0 2 1 2   SMS
SEARCHES OF:                   )
                               )   **UNDER SEAL**
                               )
                               )   SEALING ORDER
2548 E. PACHECO BOULEVARD, LOS )
BANOS, CA; and                 )
                               )
643 SANDHILL CRANE DRIVE, LOS  )   SEALED
BANOS, CA.                     )
                               )
                               )
_____)

The United States of America, having applied to this Court, for an Order permitting it to file the search warrants, applications, and affidavits in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Sheila K. Oberto, under seal, and good cause appearing therefor,

IT IS HEREBY ORDERED that the search warrants, applications, and affidavits in the above-entitled proceeding, together with the Application To Seal of the United States Attorney and the

1

1  accompanying Memorandum of Points and Authorities and Declaration
2  of Sheila K. Oberto, shall be filed with the Court in camera,
3  under seal and shall not be disclosed pending further order of
4  this court.

DATED: 10/4/07

_____
HONORABLE SANDRA M. SNYDER
U.S. Magistrate Judge