1 | McGREGOR W. SCOTT
United States Attorney
2 | KAREN A. ESCOBAR
SHEILA K. OBERTO
3 | Assistant U.S. Attorney
2500 Tulare Street
4 | Fresno, California 93721
Telephone: (559) 497-4000
5 |



FILED

OCT 1 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

6 | IN THE UNITED STATES DISTRICT COURT FOR THE

7 | EASTERN DISTRICT OF CALIFORNIA

11 | IN THE MATTER OF SERACH OF   )   1:07-sw-212 SMS
LASHER BROTHERS TRUCKING     )
12 | INC.,                        )   ORDER
2548 E. Pacheco Blvd.        )
13 | Los Banos, CA 93635          )
                               )

16 | Having considered the government's application to unseal the

17 | amended search warrant, application and affidavit,

18 | IT IS HEREBY ORDERED that the amended search warrant,

19 | application and affidavit filed in this matter shall be UNSEALED.

21 | Dated: October 10, 2008

_____
GARY S. AUSTIN
U.S. Magistrate Judge

1